**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIRCLE INTERNET FINANCIAL, LLC,

          Petitioner,

v.

HEKA FUNDS SICAV PLC,

          Respondent.

Civil Action No. _____

**DECLARATION OF ALEX H. LOOMIS IN SUPPORT OF**
**CIRCLE INTERNET FINANCIAL, LLC'S**
**PETITION TO CONFIRM ARBITRATION AWARD**

I, Alex H. Loomis, declare the truth of the following based upon my personal knowledge:

1.      I am a Partner in the Boston office of Quinn Emanuel Urquhart & Sullivan, and I am counsel for Petitioner Circle Internet Financial, LLC ("Circle"). I submit this Declaration in support of Circle Internet Financial, LLC's Petition to Confirm Arbitration Award.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Respondent's June 9, 2026 redacted version of the Ruling on Rule 18 Motions entered by the Arbitrator on April 14, 2025.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Respondent's June 9, 2026 redacted version of the Final Award, which is dated February 13, 2026, but was not issued to Petitioner and Respondent until March 4, 2026.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the June 9, 2026 Heka Funds SICAV PLC ("Heka") response to Circle Internet Financial LLC's June 1, 2026 letter.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Heka's May 22, 2025 demand letter to Circle Europe.

1

6. Attached hereto as **Exhibit 5** is a true and correct copy Heka's July 11, 2025 Redemption Demand letter.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Heka's May 29, 2026 response letter to Circle's May 26, 2026 email.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the May 26, 2026 to May 29, 2026 email communications between counsel regarding Heka v. Circle: JAMS Arbitration Award.

9. Attached hereto as **Exhibit 8** is true and correct copy of the May 26, 2026 to June 1, 2026 email communications between counsel regarding Heka v. Circle: JAMS Arbitration Award.

10. Attached hereto as **Exhibit 9** is true and correct copy of Circle's June 1, 2026 response letter to Heka's May 29, 2026 response letter.

11. Attached hereto as **Exhibit 10** is true and correct copy of the May 26, 2026 to June 9, 2026 email communications between counsel regarding Heka v. Circle: JAMS Arbitration Award.

12. Attached hereto as **Exhibit 11** is true and correct copy of the May 26, 2026 to June 10, 2026 email communications between counsel regarding Heka v. Circle: JAMS Arbitration Award.

13. Attached hereto as **Exhibit 12** is true and correct copy of Heka's June 10, 2026 response letter to Circle's June 10, 2026 email.

I hereby declare under penalty of perjury that the foregoing is true and accurate.

Dated: July 6, 2026                              Respectfully submitted,

                                                 */s/  Alex H. Loomis*
                                                 Alex H. Loomis