# EXHIBIT 2

**JAMS ARBITRATION**

**REFERENCE No. 5400000585**

---

**HEKA FUNDS SICAV PLC,**

    **Claimants,**

**And**

**CIRCLE INTERNET FINANCIAL, LLC**

    **Respondents.**

---

**Attorneys for Claimant Heka Funds SICAV PLC.**

    **McDermott Will & Emery LLP**

        **Eli Berman**

        **David Kiefer**

        **One Vanderbilt Avenue**

        **New York, New York 10017-3852**

        **Email: eberman@mwe.com**

        **Email: dkiefer@mwe.com**

**Attorneys for Respondents Circle Internet Financial LLC**

    **Jones Day**

        **Mark W. Rasmussen**

        **Yvonne W. Chan**

        **100 High Street**

        **Boston, MA 02110-1781**

        **Email: mrasmussen@jonesday.com**

        **Email: ychan@jonesday.com**

1

## FINAL AWARD

THE UNDERSIGNED ARBITRATOR, having been designated in accordance primarily with Section 17 of the Master Services Agreement (MSA),[1]with Section 26 of the User Agreement dealing with Arbitration, dated on or about January 3, 2022, and having examined the submissions, proof and allegations of the parties, find, conclude and issue this Final Award as follows:



3

4

5

6

███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████

██

    ██████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████

        ██████████████████████████████████████

9

10

(

11

12

14

16

████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

17

18

20

21

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

███████████████

████████████████████

This arbitration, after pre-arbitration motions and the presentation of evidence during the hearing, now consists of only two separate claims, each one the Claimant must establish by a preponderance of the evidence.  They are a breach of contract against Respondent and the violation of the covenant of good faith and fair dealing.  ████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████

████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

██████████     Circle had the proper right to rely on closing this one-year agreement at its expiration

date without further renewal.

24

25

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████. The actions by Circle were a valid exercise of their rights under the contracts. ██████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████

26

27

28



31



here.

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████

    █████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████

    █████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████  ███

_____



██████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████ Respondents have demonstrated to

this Arbitrator that they did not breach the MSA or the User Agreements when they terminated

their relationship with Heka.  Such being the case, there can be no breach of contract supported by

a preponderance of the evidence.

█████████████████████████████████████████████████

████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

37

39

███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████. There was no violation of any covenant of good faith and fair dealing under the facts.

█████████████████████████

████████████████████████████████ However, the bottom line is Claimant cannot overcome rules dealing with breach of contract and implied covenant that are well established under the law of Delaware. To this Arbitrator, the contract rights in place here were the result of consent by each side; each party acknowledged the important terms relied upon

41

by the Arbitrator and agreed they were in place during the relevant period of the suit. Claimant cannot craft a valid theory which would supplant the viability of the contracts relied upon in this case first by the Respondents but also by this Arbitrator. Respondent has established its position as to each claim here by more than a preponderance of the evidence.

Since the Respondent has established the merits of its case, there is no need to engage in a damage analysis, a claim each side presented during the arbitration and post-arbitration papers. Circle suffered no damages here.

42

43

44



45

47



███████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████

     ███████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

---

[7] ██████████████████████████████████████████████████████
███████████████████████████████████████████████████

52

53

54

███████████████████████████████████████████████

██████

███████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████████

██████ the total Attorney fee award and recovery for Respondent based on this Arbitrator's finding of bad faith only as to the claim by Claimant of lost profit damages during the period of March 14, 2024-March 13, 2025, is $166,643.25.

This Award resolves all issues submitted for decision in this proceeding.

DATE: February 13, 2026

_Robert L. Dondero_

Hon. Robert L. Dondero (Ret.) Arbitrator

54