# EXHIBIT 4



**mwe.com**

M. Elias Berman
Partner
eberman@mwe.com
+1 212 547 5854

May 22, 2025

**VIA EMAIL**

Circle Internet Financial Europe SAS
4 Rue De Marivaux
75002 Paris, France
EEA-Customer-Support@circle.com

Mark Rasmussen
Jones Day LLP
2727 North Hardwood Street, Suite 500
Dallas, Texas 75201
mrasmussen@jonesday.com

**Re:    Heka's Circle Mint Account and USDC/EURC Redemption | Demand Letter**

Mr. Rasmussen:

We represent Heka Funds SICAV PLC, a multi-fund limited liability investment company under the laws of the Republic of Malta ("Heka").  We write concerning Circle Internet Financial Europe SAS's ("Circle France") violation of *Regulation (EU) 2023/1114 of the European Parliament and of the Council of 31 May 2023 on Markets in Crypto-Assets* ("MiCA") by refusing to allow Heka to redeem USDC and EURC. Pursuant to this letter (this "Demand Letter"), we demand that Circle France open a Circle Mint Account immediately for Heka so that it can redeem USDC and EURC.  Circle France's failure to comply with its obligations will result in an immediate report to the appropriate regulatory authorities concerning this MiCA violation.  Circle France's refusal also violates its own MiCA USDC White Paper, MiCA EURC White Paper, EEA Terms of Use, and MiCA Redemption Policy (collectively referred to herein as the "Redemption Documents").    Accordingly, Circle France can now reasonably anticipate litigation concerning its failure to permit Heka's redemptions.

## I.    Circle France's Absolute Obligation to Redeem USD for Euro

Circle France is an E-Money Token ("EMT") issuer under MiCA.  An EMT is defined by MiCA as "a type of crypto-asset that purports to maintain a stable value by referencing the value of one official currency."[1]  USDC and EURC, which aim to maintain a stable peg to the USD and EUR, respectively,

---

[1] *See MiCA Article 3(7)*.



**One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444**
*US practice conducted through McDermott Will & Emery LLP.*

Circle France
Heka Demand Letter
May 22, 2025
Page 2

are classified as EMTs under Article 7 of MiCA.  Circle France has itself acknowledged as much in its Redemption Documents.[2]

MiCA provides that "[h]olders of e-money tokens shall have a claim against the issuers of those e-money tokens."[3]  Further, "an issuer of an e-money token has infringed Article 51, by providing in its crypto-asset white paper or in a modified crypto-asset white paper, information that is not complete, fair or clear, or that is misleading, that issuer and the members of its administrative, management or supervisory body shall be liable to a holder of such e-money token for any loss incurred due to that infringement."[4]  As an issuer of USDC and EURC, both of which are EMTs, Circle France is obligated to redeem the USDC or EURC of European Economic Area ("EEA") holders at any time and at par value.[5]

MiCA requires that "conditions for redemption" be placed in the issuer's EMT white paper and that such information must be "fair, clear and not misleading."[6]  Circle France has issued white papers for both USDC and EURC.  The MiCA USDC White Paper states that "[t]he holders of USDC that are residents of the EEA have a right of redemption at any time and a par value."[7]  Similarly, the MiCA EURC White Paper states that "[h]olders of EURC that are residents of the EEA have a right of redemption at any time and at par value."[8]  Circle France's EEA Terms of Use also provide that "you can request a redemption of _all_ or part of your Account Balance on demand at apart value at any time[.]"[9]

Circles France's marketing materials further underscore its understanding that the law requires that USDC and EURC always be redeemable 1:1.[10]  These materials include statements that Circle France is "transparen[t] & stabil[e]" because "USDC is always redeemable 1:1 for US dollars, and EURC is always redeemable for 1:1 euros.  Always."[11]  Public statements made by Circle France refer to USDC as "a digital dollar backed 100% by highly liquid cash and cash-equivalent assets and is always redeemable 1:1 for US dollars."[12]  Circle France's public materials similarly provide that "EURC is MiCA-compliant and redeemable 1:1 for euro."[13]

---

[2] _See MiCA USDC White Paper_ notified to the _Autorité de contrôle prudentiel et de résolution_ on May 31st, 2024, and amended on September 12th, 2024, available at: (https://www.circle.com/legal/mica-usdc-whitepaper) _at I.04_ ("The e-money token USDC ('**USDC**') issued by Circle Internet Financial Europe SAS"); _see also MiCA EURC White Paper_ notified to the _Autorité de contrôle prudentiel et de résolution_ on May 31st, 2024, and amended on September 12th, 2024, available at: https://www.circle.com/legal/mica-eurc-whitepaper) _at I.04_ ("The e-money token EURC ('**EURC**') issued by Circle Internet Financial Europe SAS").

[3] _MiCA Article 49(2)._

[4] _MiCA Article 52(1)._

[5] _MiCA Article_ 49(4).

[6] _MiCA Article_ 51(6) and (2), respectively.

[7] _See USDC MiCA White Paper Section D_ ("Holders of UDSC have a legal claim against Circle SAS as the EU issuer of USDC.").

[8] _See EURC MiCA White Paper Section D_ ("Holders of EURC have a legal claim against Circle SAS as the EU issuer of EURC.").

[9] _See EEA Terms of Use,_ last updated August 27, 2024 (available at: https://www.circle.com/legal/eea-terms).

[10] _See https://www.circle.com/transparency; https://www.circle.com/eurc._

[11] _Id._

[12] _Id._

[13] _See https://www.circle.com/eurc._



Circle France
Heka Demand Letter
May 22, 2025
Page 3

Circle France's parent entity, Circle Internet Group, Inc., (together with Circle France, Circle Internet Financial LLC, and each affiliate or subsidiary thereto, collectively, "Circle") has also acknowledged and restated its understanding of the explicit redemption rights of holders of USDC or EURC that are residents of the EEA.  Specifically, in its initial registration statement (its "S-1") with the U.S. Securities and Exchange Commission (the "SEC"), filed on April 1, 2025, it described its role as "redeemer of last resort."[14]  In Circle's April 18, 2025, amendment to its original S-1 filing (its "S-1/A") again referred to itself as the "redeemer of last resort."[15]  Circle further stated in both filings, that:[16]

> Circle Internet Financial Europe SAS is obligated under the Markets in Crypto-Assets Regulation ("MiCAR") to redeem all USDC and EURC presented to it for redemption on a one-for-one basis for U.S. dollars and euros, respectively, regardless of whether the holder is a Circle Mint customer. A Circle Mint customer may redeem USDC and EURC through its Circle Mint account. As required by MiCAR, an end-user that is not a Circle Mint customer may redeem USDC and EURC directly from Circle Internet Financial Europe SAS after providing compliance information and supporting documentation, including, but not limited to, a notarized copy of such end-user's government identification or business formation documents, as applicable, a bank statement in such end-user's name from a bank located in the EEA that is able to receive U.S. dollars or single euro payments area ("SEPA") payments, as applicable, and other documentation required to complete our screening (which includes but is not limited to, ID verification, KYC checks, and sanctions screening). In practice, however, given the marketplace for USDC and EURC, it is generally less cumbersome for a non-Circle Mint customer to sell USDC and EURC in the secondary market than to redeem USDC and EURC directly from us. Nonetheless, Circle Internet Financial Europe SAS is obligated to honor, and does honor, all properly presented redemption requests for USDC and EURC (other than when prohibited by law or court order or instances where fraud is suspected), which obligation we refer to as our role as the "redeemer of last resort." We do not charge fees for redemptions effected in our role as the redeemer of last resort.

Circle is aware of its redemption obligations under MiCA and has confirmed that it will comply with these obligations pursuant to all Redemption Documents.

## II.     Circle France's Redemption Process Has Been Withheld From Heka

In both the MiCA USDC White Paper and the MiCA EURC White Paper, when referencing the "Redemption Policy," a link is provided to the Circle Mint User Agreement. [17]  The Circle Mint User

---

[14] *See Circle Internet Group, Inc., Registration Statement (Form S-1)*, (April 1, 2025).

[15] *See Circle Internet Group, Inc., Registration Statement (Form S-1/A)*, April 18, 2025, ("USDC and EURC are redeemable on a one-for-one basis for U.S. dollars and euros, respectively, directly from us by Circle Mint customers (see '—Our platform, products, and ecosystem—Circle Liquidity Services—Circle Mint' for information about Circle Mint, which is a service offering that is available only to institutions) as well as by end-users that are not Circle Mint customers in our role as the redeemer of last resort (see 'Glossary—The issuers of Circle stablecoins'.)").

[16] *Id*. at 9.

[17] *See USDC MiCA White Paper Section D*; *EURC MiCA White Paper Section D*.



Circle France
Heka Demand Letter
May 22, 2025
Page 4

Agreement provides that it "only applies to Users located outside the European Economic Area ("EEA")."[18]  The Circle Mint User Agreement states, "[i]f you are located in the EEA, please see [https://www.circle.com/legal/eea-terms] for your Terms of Use[,]" which links to the EEA Terms of Use.[19]  The EEA Terms, in turn provide that "[y]ou may not redeem Circle Coins through Circle Mint unless you hold a Circle Mint Account."[20]

MiCA authorizes limited conditions for redemption, which Circle France articulates in its Redemption Documents.  As of the date hereof, Heka has timely complied with all conditions for redemption articulated in the Redemption Documents.  Heka's legal claim is the right to have all EMTs (*i.e.*, USDC and EURC) issued by Circle France redeemed at any time and at par value.[21]

According to the MiCA Redemption Policy, if properly in effect, non-retail holders such as Heka must open a Circle Mint Account and meet the criteria for opening a Circle Mint Account.[22]  The MiCA Redemption Policy states that Circle France will conduct identity verification and transaction monitoring, along with other actions for the purpose of applying with applicable laws.[23]  Heka has provided all requested documents so that Circle France can conduct the appropriate onboarding and review process.

## III.    Circle France Violated MiCA and its Own Redemption Documents by Refusing Redemptions from Heka

In violation of MiCA and its own Redemption Documents, Circle France improperly denied Heka, an EEA entity, the ability to redeem.  Specifically, on April 4, 2025, Fabio Frontini contacted, via a message on LinkedIn, Coralie Billmann, Circle France's President, Managing Director.  Ms. Billmann stated that she "usually speak[] with regulated institutions. I am happy to chat and to guide you to the appropriate contact."  On April 14, 2025, Ms. Billmann invited Mr. Frontini to have a call, and they spoke on April 17, 2025.  Ms. Billmann invited Heka to apply for a Circle Mint account and thereafter sent a link to Heka to upload requested know-your-customer documents.

On April 25, 2025, Heka completed its application, providing to Circle France all the documents that had been requested, including confidential and personal identifying information concerning Heka's shareholders.  Immediately thereafter, in violation of MiCA's clear requirements, Circle's Denis Scheller denied Heka's ability to open a Circle Mint Account, stating: "I wanted to inform you that we're not able to discuss this with you further given the ongoing arbitration between Heka and Circle."  On April 29, Circle's outside counsel then instructed the undersigned to inform Heka to have no further conversation or communication with Circle.  Circle's counsel has also ignored Heka's request, sent via email on May 5, 2025, that Circle open a Circle Mint Account for Heka.

---

[18] *See Legal & Privacy, Circle Mint User Agreement*, last updated July 1, 2024 (available at: https://www.circle.com/legal).
[19] *Id*.
[20] *See EEA Terms of Use* § 10.2.5.
[21] *MiCA Article 49(4); USDC MiCA White Paper Section D.1 ("These holders are entitled to request redemption of their USDC from Circle SAS.  Such redemption will be made* at any time and at par value.") (emphasis added).
[22] *See MiCA Redemption Policy Section 2.1*.
[23] *Id.*at § 3.



Circle France
Heka Demand Letter
May 22, 2025
Page 5

**IV.     Circle France's Failure to Redeem Heka's USDC and EURC Provides a Private Right of Action**

Circle France is the issuer of USDC and EURC.  USDC and EURC qualify as EMTs.  Heka is incorporated as a multi-fund limited liability investment company under the laws of the Republic of Malta. Accordingly, Heka has a legal right to redeem USDC and EURC.[24]  Heka attempted to exercise this right through the process stipulated in the Redemption Documents.  Despite complete submission of all requested information and documentation, submitted at Circle France's invitation, Circle France denied Heka's right to use a Circle Mint Account and to redeem USDC and EURC.  This Demand Letter constitutes Heka's formal complaint against Circle France for the issues outlined herein.  Heka reserves the right to take any legal action to safeguard its rights under MiCA or otherwise.

**V.     Litigation Hold Notice**

Circle France must now reasonably anticipate litigation and preserve all records related to Heka's request for a Circle Mint Account and related communications.  To the extent Circle France, or any Circle entity, is in possession of documents related to any of the subject matter raised in this letter, such documents must be preserved.  The duty to preserve information extends to all data, including that on personal devices and messaging apps, and requires stopping auto-deletion functions.  If any relevant communications or data have been deleted prior to receiving this Demand Letter, please contact us immediately.

**VI.     Conclusion**

Heka has provided Circle France with all requested documents to open a Circle Account in the manner set forth in the Redemption Documents.  Circle France has no right to deny Heka the ability to redeem USDC and EURC due to the pending arbitration or otherwise.  Contrary to Circle France's outside counsel's instruction that Heka have no contact with Circle France, Circle France has the obligation to redeem EMTs and must do so upon Heka's request.  Accordingly, Heka demands that Circle France: (i) agree to immediately redeem $10,000,000 USDC; (ii) create a Circle Account to allow Heka to redeem USDC and EURC on a go-forward basis; and (iii) provide a full and complete response to this letter no later than **May 27, 2025**.

We reserve all rights and waive none.

Sincerely,

M. Elias Berman

cc: Joesph Evans (jbevans@mwe.com)
    Nishi Gupta (ngupta@mwe.com)

---

[24] *See Article 49(2)*; *USDC MiCA White Paper Section D.1*; *EURC MiCA White Paper Section D.1*.

