**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CIRCLE INTERNET FINANCIAL, LLC, <br><br> Petitioner, <br><br> v. <br><br> HEKA FUNDS SICAV PLC, <br><br> Respondent. | Case No. 26-CV-13095-MJ |

### HEKA FUNDS SICAV PLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Heka Funds SICAV PLC, by and through its undersigned counsel, hereby submits the following Corporate Ownership Statement:

1.      Heka Funds SICAV PLC has no parent corporation or publicly held corporation owning 10% or more of its stock.

*[Remainder of page intentionally left blank.]*

1

Dated:    July 13, 2026
          New York, New York

**MCDERMOTT WILL & SCHULTE LLP**


By:    /s/ Matthew L. Knowles
       Matthew L. Knowles (BBO #678935)
       200 Clarendon Street
       Boston, Massachusetts 02116
       Telephone: (617) 535-4000
       mknowles@mcdermottlaw.com

       Joseph B. Evans (*pro hac vice* application
       forthcoming)
       David W. Kiefer (*pro hac vice* application
       forthcoming)
       M. Elias Berman (*pro hac vice* application
       forthcoming)
       One Vanderbilt Avenue
       New York, New York 10017
       Telephone: (212) 547-5854
       jbevans@mcdermottlaw.com
       dkiefer@mcdermottlaw.com
       eberman@mcdermottlaw.com

       *Counsel for Heka Funds SICAV PLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2026, I served a true and complete copy of

this Rule 7.1 Disclosure Statement via the CM/ECF system on all parties of record.


By: */s/ Matthew L. Knowles*
Matthew L. Knowles