UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Circle Internet Financial, LLC

v.

Heka Funds SICAV PLC

CIVIL ACTION NO. 1:26-cv-13095-MJJ

ORDER OF DISMISSAL

JOUN, D.J.

In accordance with the Court's Order dated July 14, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

July 14, 2026

/s/ Sophie Phillips
--------------------------
**Deputy Clerk**